UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARITY NOELLE WOOD,
    Petitioner,

vs.                                             Case No.: 4:24cv163/MW/ZCB

STATE OF FLORIDA,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

On April 5, 2024, Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1). On May 9, 2024, Petitioner filed an amended petition (Doc. 4), as well as a motion to proceed *in forma pauperis* (Doc. 5). The Court denied Petitioner's motion because it was incomplete and lacking the required supporting documentation. (Doc. 6). The Court instructed Petitioner to either submit a completed motion to proceed *in forma pauperis* or pay the filing fee by June 12, 2024. (*Id.*). And the Court warned Petitioner that "failure to comply with an order of the Court will result in a recommendation of dismissal of this case." (*Id.* at 2).

1

Petitioner failed to do either of those things by the deadline. Therefore, on July 3, 2024, the Court ordered Petitioner to show cause, within thirty days, as to why the case should not be dismissed for failure to comply with an order of the Court. (Doc. 16). The time for compliance with the show cause order has expired, and Petitioner has not paid the filing fee, submitted a completed motion to proceed *in forma pauperis*, or otherwise responded to the show cause order.[1]

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the Court. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal when "a party fails to comply with an applicable rule or court order"); *see also Frith v. Curry*, 812 F. App'x 933, 935 (11th Cir. 2020) (affirming dismissal where the plaintiff failed to pay the filing fee and failed to respond to a magistrate judge's order to show cause as to why the filing fee had not been paid); *Senecal v. Motel 6*, No. 4:19cv413/RH/MJF, 2019

---

[1] Although it appears some documents were sent to an address where Petitioner no longer resided, the Clerk of Court subsequently sent the documents to Petitioner's current address. (Doc. 18). The Court has waited beyond the thirty days in the show cause order to issue this Report and Recommendation in order to provide Petitioner with additional time to respond. But no response has been received.

2

WL 7067124, at *1 (N.D. Fla. Dec. 23, 2019) (finding that failure to pay the filing fee and failing to comply with court orders "are adequate grounds for dismissal").

At Pensacola, Florida, this 19th day of August 2024.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

### Notice to the Parties

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation.  <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control</u>.  An objecting party must serve a copy of the objections on all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.