IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CHARITY NOELLE WOOD,**

    *Petitioner*,

v.                                                    Case No.: 4:24cv163-MW/ZCB

**STATE OF FLORIDA,**

    *Respondent*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 19. The Magistrate Judge recommends dismissal for failure to comply with a Court Order.

This Court has independently verified that the Magistrate Judge's Order to Show Cause, ECF No. 16, and the report and recommendation, ECF No. 19, have been sent to Petitioner's updated address and have not been returned as undeliverable to this new address. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 19, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's claims are

**DISMISSED without prejudice** for failure to comply with a Court Order." The Clerk shall close the file.

      **SO ORDERED on September 11, 2024.**

                                            <u>**s/Mark E. Walker**</u>
                                            **Chief United States District Judge**